USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/17

McMahon, C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FRANK FUGGETTA, on behalf of himself and all : 17 Civ. 0378
others similarly situated, :
 :
Plaintiffs, :
 : **NOTICE OF DISMISSAL**
-against- :
 :
NATIONAL DEBT RELIEF LLC, DANIEL :
TILIPMAN and ALEX KLEYNER, :
 :
Defendants. :
------------------------------------------------------------------ X

PLAINTIFF HEREBY GIVES NOTICE, through his attorneys, Law Office of Andrea Paparella, PLLC, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the above entitled action is voluntarily dismissed without prejudice against Defendants.

Dated:    New York, New York
          March 14, 2017

                                                    Law Office of Andrea Paparella, PLLC

                                                    By: _____
                                                        Andrea M. Paparella
                                                        Siobhan Klassen
                                                    150 W. 28th Street, Suite 1603
                                                    New York, New York 10001
                                                    Telephone: (212) 675-2523
                                                    Facsimile: (914) 462-3287
                                                    Email: ap@andreapaparella.com
                                                           sk@andreapaparella.com

                                                    *Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

3-16-2017    JS